### VOCK v. GUTHIER et al.

(Supreme Court, Appellate Term. April 11, 1910.)

Appeal from City Court of New York, Special Term.

Action by Edward D. Vock against Johnstone Guthier and another. From an order vacating as to one defendant an order of arrest against both defendants, plaintiff appeals. Order reversed, and order of arrest reinstated.

Argued before SEABURY, LEHMAN, and PAGE, JJ.

Charles A. Taussig, for appellant.

John V. Sheridan, for respondents.

PER CURIAM. Order vacating the order of arrest as to defendant Guthier reversed, and order of arrest reinstated, upon the opinion handed down upon the appeal from the order vacating the order of arrest as to defendant Auterborn (122 N. Y. Supp. 233), with $10 costs and disbursements.